AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID SANCHEZ-RAMIREZ<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.  1:26-MJ-109<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 20, 2024_____ in the county of _____Cass_____ in the _____Western_____ District of _____Michigan_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) & (b)(1) | Alien Felon Reentry |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

| |
|---|
| The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1. |

_____
*Complainant's signature*

Special Agent Daniel Gwyn, HSI
_____
*Printed name and title*

Date: __March 11, 2026__

_____
*Judge's signature*

City and state: ___Grand Rapids, Michigan___

Maarten Vermaat , U.S. Magistrate Judge
_____
*Printed name and title*