UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

                                                        Hon. Phillip J. Green

v.

                                                        Case No.  1:26-mj-00109

DAVID SANCHEZ-RAMIERZ,

      Defendant.

_____/

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a Criminal Complaint.   The Complaint charges him with alien felon reentry, in violation of  8 U.S.C. § 1326(a) and (b)(1).

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on March 16, 2026, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government failed to meet its burden by clear and convincing evidence that he is a danger to society. The government

met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance to the community.  Further, the Court finds that there are no conditions or  a combination of conditions of release that will ensure the appearance of the defendant.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on March 16, 2026.

  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge